# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## McALLEN DIVISION

| | | |
|---|---|---|
| GUADALUPE AND ALICIA RODRIGUEZ | § § § | |
| VS. | § § | CIVIL ACTION NO. 7:15-CV-548 |
| THE BURLINGTON INSURANCE COMPANY AND ABERCROMBIE, SIMMONS & GILLETTE, INC. | § § § | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs, **GUADALUPE and ALICIA RODRIGUEZ**, dismiss this action, and would inform the Court of the following:

1. The Plaintiffs and Defendant, **THE BURLINGTON INSURANCE COMPANY**, have agreed to a settlement of all claims allegedly arising out of or relating to the Incident made the subject matter of this pending lawsuit.

2. The Parties intend by this stipulation to dismiss this action in its entirety.

3. The Parties agree that the dismissal of this action shall be with prejudice.

4. The Parties agree that the costs will be borne by the party so incurring.

## JOINT STIPULATION OF DISMISSAL
### Civil Action No. 7:15-cv-548

_____
**Surya Mangi, Attorney-in-Charge**
State Bar No. 24078912
Federal I.D. No. 1358624
surya@vgonzalezlaw.com
**V. GONZALEZ & ASSOCIATES, P.C.**
121 N. 10th St.
McAllen, Texas 78501
Phone: (956) 630-3266
Fax (956) 630-0383
*Counsel for Plaintiffs*
*Guadalupe and Alicia Rodriguez*

Date: 10/11/16

/s/ Tom Lockhart
**Tom Lockhart**
State Bar No. 12473500
S.D. Tex. No. 2257
tlockhart@adamsgraham.com
**ADAMS & GRAHAM, L.L.P.**
P. O. Drawer 1429
Harlingen, Texas 78551-1429
(956) 428-7495
(956) 428-2954 (FAX)
*Counsel for Defendant*
*The Burlington Insurance Company*

Date: October 11, 2016